UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MS. NATACHA NOBILE,<br><br>                          Plaintiff,<br><br>            -against-<br><br>JOE BIDEN; PARIS HILTON; AND ALL WHO THEY WERE WORKING WITH DOING CRIMES,<br><br>                          Defendants. | 24-CV-1108 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated February 23, 2024, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the amended complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint.

On March 12, 2024, Plaintiff submitted a letter requesting immunity "[b]ecause I dropped the law suit cases against Joe Biden." (ECF No. 6.) Ten days later, on March 22, 2024, Plaintiff filed another letter again requesting immunity and indicating, "I am withdrawing my cases involving Joe Biden." (ECF No. 7.) Plaintiff has not submitted the signed signature page as directed by the Court's February 23, 2024 order. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

## CONCLUSION

The Court dismisses Plaintiff's complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   April 3, 2024
         New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge