UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MS. NATACHA NOBILE,<br><br>      Plaintiff,<br><br>  -against-<br><br>JOE BIDEN; PARIS HILTON; AND ALL WHO THEY WERE WORKING WITH DOING CRIMES,<br><br>      Defendants. | 24cv1108 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 3, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 3, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge